IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| VALERIE DALE, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Action No. 7:19-cv-578 |
| v. | ) | |
| | ) | |
| VIRGINIA CVS PHARMACY, LLC, | ) | By: Hon. Robert S. Ballou |
| | ) | United States Magistrate Judge |
|     Defendant. | ) | |

## ORDER[1]

For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** as follows:

    (1) Defendant's Motion for Summary Judgment (Dkt. 21) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE** from the active docket of this court;

    (2) Defendant's Motion to Exclude Plaintiff from Calling Medical Experts at Trial (Dkt. 23), and plaintiff's Motion for an Extension of Time (Dkt. 26) are **MOOT**; and

    (3) Plaintiff's Motion for Leave to Amend her Complaint (Dkt. 35) is **DENIED**.

    Entered:  January 13, 2021

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge

---

[1] This case is before me by consent of the parties pursuant to 28 U.S.C. § 636(c)(1).